District Judge Benjamin H. Settle
Magistrate Judge S. Kate Vaughan

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | |
|---|---|
| BLAIR SMITH,<br><br>              Plaintiff,<br><br>      v.<br><br>UNITED STATES OF AMERICA,<br><br>              Defendant. | Case No. C21-5747-BHS-SKV<br><br>STIPULATED MOTION TO STAY DISCOVERY<br><br>**Noted for Consideration:**<br>**November 18, 2021** |

Plaintiff Blair Smith and Defendant United States of America, through counsel, respectfully request the Court stay all pretrial deadlines pending the Court's resolution of the United States' motion for summary judgment (Dkt. 7). Good cause exists for staying discovery and all current pretrial deadlines because the parties do not wish to undergo the expense of discovery until the Court has determined whether Plaintiff may proceed with this action.

The United States removed this case from Thurston County Superior Court on October 8, 2021, Dkt. 1, and filed a Motion for Summary Judgment on October 12, 2021, Dkt. 7. That motion is now fully briefed and noted for consideration. Discovery has not yet begun, though the Court has set initial deadlines for the parties to hold an FRCP 26(f) conference, exchange initial disclosures, and file a Joint Status Report and Discovery Plan. Dkt. 9. Because the pending motion for summary judgment could result in dismissal of the case entirely, the parties respectfully request

STIPULATD MOTION TO STAY DISCOVERY
[Case No. C21-5747-BHS-SKV] - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

the Court stay discovery and the remaining pretrial deadlines pending until the Court has ruled on the motion. Such a stay will allow the parties to avoid the unnecessary expense of conducting discovery in the event the case is dismissed. If the Court finds that Plaintiff's action can proceed, then the parties are prepared to begin discovery. The parties though their counsel further agree that neither party will be prejudiced by this stay.

**SO STIPULATED**.

Dated November 18, 2021.

s/
CYNTHIA S. PARK, WSBA # 58012
Park Chenaur & Assoc., Inc., P.S.
2505 S. 320th St., Suite #100
Federal Way, WA  98003
Phone:  253-839-9440
Fax:  253-839-9485
Email:  cynthia@parkchenaur.com

Attorney for Plaintiff

**SO STIPULATED**.

Dated November 18, 2021.

NICHOLAS W. BROWN
United States Attorney

s/ Whitney Passmore
WHITNEY PASSMORE, FL No. 91922
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone:  206-553-7970
Fax:  206-553-4067
Email:  Whitney.Passmore@usdoj.gov

Attorney for Defendant

STIPULATD MOTION TO STAY DISCOVERY
[Case No. C21-5747-BHS-SKV] - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**ORDER**

**IT IS SO ORDERED**.

DATED this 18th day of November, 2021.

*S. Kate Vaughan*
S. KATE VAUGHAN
United States Magistrate Judge

STIPULATD MOTION TO STAY DISCOVERY
[Case No. C21-5747-BHS-SKV] - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970