1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BLAIR SMITH,

                    Plaintiff,

        v.

UNITED STATES OF AMERICA,

                    Defendant.

CASE NO. C21-5747 BHS

ORDER ADOPTING REPORT
AND RECOMMENDATION

13      This matter comes before the Court on the Report and Recommendation ("R&R")

14  of the Honorable S. Kate Vaughan, United States Magistrate Judge. Dkt. 18. The Court

15  having considered the R&R and the remaining record, and no objections having been

16  filed, does hereby find and order as follows:

17          (1)     The R&R is **ADOPTED**;

18          (2)     Defendant's motion for summary judgment, Dkt. 7, is **GRANTED**;

19          (3)     This matter is **DISMISSED with prejudice**; and

20          (4)     The Clerk shall enter JUDGMENT and close this case.

21  \\

22  \\

Dated this 3rd day of January, 2022.

BENJAMIN H. SETTLE
United States District Judge